# Court of Appeals
# of the State of Georgia

ATLANTA,____August 07, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0041.  TERRY WILLIAMS v. GEORGIA DEPARTMENT OF HUMAN SERVICES, ex rel. ASHLEE B. COOPER, ET AL.**

Applicant's Petition For Extension Of Time To File Application For Discretionary Review is hereby GRANTED.   The application is to be filed no later than August 14, 2015.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/07/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*